**Order entered March 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00640-CR

**QUINCY NATHANIEL JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F16-45744-Y**

## ORDER

The reporter's record was initially due September 22, 2018.  On September 26, 2018, we notified court reporter Vearneas Faggett by postcard and directed her to file the reporter's record by October 26, 2018.  When the reporter's record was not filed by that date, we ordered Ms. Faggett to file the complete reporter's record by December 7, 2018 and cautioned her that she may be ordered not to sit if the record was not timely filed.  On December 6, 2018, Ms. Faggett filed an extension request that we granted making the reporter's record due on December 28, 2018.  To date, the reporter's record has not been filed and we have had no communication from Ms. Faggett.

Therefore, we **ORDER** that Vearneas Faggett **NOT SIT** as a court reporter until she has filed the complete reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Chika Anyiam, Presiding Judge, Criminal District Court No. 7; to the Honorable Lela Lawrence Mays, Presiding Judge, 283rd Judicial District Court; Vearneas Faggett, official court reporter, 283rd Judicial District Court; to the Dallas County Auditor's Office; and to counsel for all parties.


/s/     LANA MYERS
        JUSTICE